COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER STRIKING DOCUMENT FOR NONCOMPLIANCE WITH THE TEXAS RULES OF APPELLATE PROCEDURE

| | |
|---|---|
| Cause Number: | 01-17-00828-CR & 01-17-00829-CR |
| Style: | Alfredo Campos v. State of Texas |
| Type of document: | Appellant's Brief |
| Date document filed: | October 16, 2018 |
| Document filed by: | Appellant |

The briefs of appellant, Alfredo Campos, do not comply with the Texas Rules of Appellate Procedure 9.10(a)(3), (b). Accordingly, appellant's brief is **struck**. *See* TEX. R. APP. P. 38.9(a). Appellant is granted **10 days from the date of this order** to file a corrected brief complying with the Texas Rules of Appellate Procedure 9.10(a)(3). *See* TEX. R. APP. P. 9.10(d) ("Sensitive data must be redacted by using the letter "X" in place of each omitted digit or character or by removing the sensitive data in a manner indicated that the data has been redacted."). Appellee, the State of Texas, may file an amended appellee's brief within 10 days of the filing of appellant's corrected brief. *See* TEX. R. APP. P. 38.6(b). Appellee's motion to seal appellant's brief is **denied as moot**.

Judge's signature: ___/s/ Sherry Radack___
         ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:____November 13, 2018_____